## THE STATE v. HARDY, Appellant.

### Division Two, May 22, 1906.

**BILL OF EXCEPTIONS: Not Filed in Time.** Where the bill of exceptions is not filed within the time allowed, there is nothing for the appellate court to review but the record proper, and if that is free from error, the judgment will be affirmed.

Appeal from Jasper Circuit Court.—*Hon. Howard Gray,* Judge.

AFFIRMED.

*Herbert S. Hadley,* Attorney-General, and *N. T Gentry,* Assistant Attorney-General, for the State.

State v. Hardy.

FOX, J.—This cause is here upon appeal by the defendant from a judgment of the circuit court of Jasper county convicting him of assault upon one Minnie L. Stotts with intent to ravish. The prosecuting attorney, on the 14th day of June, 1905, filed an information charging the defendant with the commission of the offense as above indicated. At the June term, 1905, of said circuit court, the defendant was tried and convicted; his punishment was assessed at five years in the penitentiary. After filing unsuccessful motions for a new trial and in arrest of judgment, defendant appealed. Although given time in which to file his bill of exceptions, defendant failed to do so; so there is nothing before this court except the record proper.

### OPINION.

We have carefully examined the record proper, which is all that is before us for consideration, and find that the information charges the offense in such form as has frequently met the approval of this court. The record discloses the arraignment of the defendant in accordance with the requirements of the statute, and the subsequent proceedings respecting the impaneling of the jury, the return of their verdict, and the sentence and judgment in accordance with the verdict, appear to be in every particular regular and in strict accord with the law and an orderly trial; hence it follows that the judgment of the trial court should be affirmed, and it is so ordered.

All concur.